UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AL-PINE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CLERK OF THE SUPREME COURT,<br><br>　　　　Respondent. | Case No. 20-cv-03329-JD<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner, has filed a habeas action. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. Therefore, this case is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 31, 2020

JAMES DONATO
United States District Judge